UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br> ex rel. DAVID R. CIASCHINI, <br><br> Plaintiffs, <br> v. <br><br> AHOLD USA INC., et al., <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 09-10838-JLT <br> * <br> * <br> * |

ORDER

April 7, 2011

TAURO, J.

The court hereby orders that:

1. Plaintiffs' Motion for Extension of Time [#38] is ALLOWED.[1]

2. A Motion Hearing is scheduled for April 20, 2011 at 11:00 a.m. Defendants shall be prepared to demonstrate their compliance with this Court's December 14, 2010 Order [#15], including but not limited to producing in camera documents referred to in the privilege log attached to the Declaration of Timothy H. Madden [#31].

3. Defendant Koninklijke Ahold, N.V.'s Motion to Dismiss the Complaint [#24] is DENIED AS MOOT.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] Any opposition to Defendants' Motion for Judgment on the Pleadings on Counts I, III, and V through XI of the Complaint and for Related Relief [#35] shall be filed by May 4, 2011.

1