UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et al, ex rel. DAVID R. CIASCHINI, <br><br>　　　　　　　　　　　　Plaintiffs, <br><br>　v. <br><br>ROYAL AHOLD, AHOLD USA, INC., STOP & SHOP/GIANT-LANDOVER, THE STOP & SHOP SUPERMARKET COMPANY LLC and GIANT FOOD LLC, <br><br>　　　　　　　　　　　　Defendants. | CIVIL ACTION <br> NO. 09-10838-JLT |

## STIPULATION AND ORDER
## LIMITING AND TERMINATING DECEMBER 14, 2010 ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff David R. Ciaschini, by his undersigned counsel, and Defendants Ahold USA, Inc., The Stop & Shop Supermarket Company LLC, and Giant Food LLC (collectively, "Defendants"), by their undersigned counsel, as follows:

1. Defendants shall continue to retain and preserve documents gathered in response to the Court's Order dated December 14, 2010 (the "December 14 Order"), to the extent such documents exist and are dated between December 16, 2010 and January 31, 2011, inclusive; and

2. Except as set forth in paragraph 1 of this stipulation, Defendants are relieved of any obligation to retain and preserve documents responsive to the December 14 Order.

Respectfully submitted,

| | |
|---|---|
| **David R. Ciaschini,** | **Ahold USA, Inc. The Stop & Shop Supermarket Company LLC, and Giant Food LLC,** |
| By his attorneys, | By their attorneys, |

/s/ Andrew J. Campanelli
Andrew J. Campanelli, Esq. (AC-4014)
ajc@federalfraud.com
**CAMPANELLI & ASSOCIATES, P.C.**
623 Stewart Avenue, Suite 203
Garden City, NY 11530
516.746.1600

/s/ Timothy H. Madden
Daniel S. Savrin, BBO #555434
daniel.savrin@bingham.com
Timothy H. Madden, BBO #654040
timothy.madden@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
617.951.8000

/s/ Robert C. Autieri
Robert C. Autieri, Esq., BBO # 024342
rcalaw1@aol.com
**LAW OFFICES OF ROBERT C. AUTIERI**
Willow Professional Park
811 Turnpike Street
North Andover, MA 01845-6133
978-681-0737

Dated: August 23, 2011

It is so Ordered.

This 30 day of Aug, 2011

Honorable Joseph L. Tauro
United States District Judge